IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00009-WYD-BNB

UNITED CAR CARE, INC., a Colorado corporation,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a/k/a ST. PAUL TRAVELERS, a Connecticut corporation,

Defendant.

_____

**ORDER**
_____

During the scheduling conference this afternoon, the parties stipulated that the case caption should be amended to reflect that the defendant is a Connecticut corporation, not a Minnesota corporation.  Accordingly,

IT IS ORDERED that the case caption is modified to reflect that the defendant is a Connecticut corporation.  All future pleadings should bear a caption consistent with this order.

Dated February 22, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge