IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00009-WYD

UNITED CAR CARE, INC., a Colorado corporation,

    Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICAN, n.k.a. ST. PAUL TRAVELERS, a Connecticut corporation,

    Defendant.

## ORDER

    THIS MATTER is before the Court on Defendant Travelers Casualty and Surety Company of America's Motion for Reconsideration [# 31], filed December 5, 2006. In this Court's Order filed December 1, 2006, I stated that no reply had been filed. However, Defendant did file a reply on July 10, 2006. Due to confusion on the docket, I did not consider Defendant's reply in my initial order. After reviewing all the pleadings in this matter, including Defendant's reply, I find that Defendant Travelers Casualty and Surety Company of America's Motion for Reconsideration should be denied. Accordingly, it is

    ORDERED that Defendant Travelers Casualty and Surety Company of America's Motion for Reconsideration [# 31] is **DENIED**.

Dated: December 7, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge