IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00009-WYD

UNITED CAR CARE, INC., a Colorado corporation,

    Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICAN, n.k.a. ST. PAUL TRAVELERS, a Connecticut corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The parties have filed a joint Stipulation for Dismissal With Prejudice [# 34], filed January 15, 2007.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendant should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the joint Stipulation for Dismissal With Prejudice [# 34] is **APPROVED**; and that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  January 16, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel

U. S. District Judge